IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL CUSHMAN,

    Plaintiff,

vs.

UNION PACIFIC RAILROAD CO.,

    Defendant.

8:23CV196

**DISMISSAL ORDER**

    This matter is before the Court on the parties' Stipulation for Dismissal. (Filing No. 69.) Having considered the matter, the Court will accept the Stipulation.

    Accordingly,

    **IT IS ORDERED** that this case is dismissed with prejudice, but without the award of costs, disbursements, or attorneys' fees to any party.

    Dated this 5th day of March, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge